# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMBER ABSHIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CONVERGENT OUTSOURCING INC., LVNV FUNDING LLC, AND JOHN DOES 1-25.<br><br>Defendant(s). | Case No. 2:19-CV-01217-RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |

Having reviewed Plaintiff AMBER ABSHIRE and Defendant LVNV FUNDING, LLC's (together known as the "Parties") stipulated motion to extend Defendant LVNV FUNDING, LLC's deadline to respond to the Complaint and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

1. Defendant LVNV FUNDING, LLC shall have up to and including October 3, 2019 to respond to the Plaintiff's Complaint.

[PROPOSED] ORDER - 1

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

1  IT IS SO ORDERED.

2
3  Dated: September 13, 2019.
4
5  _____
6  United States District Judge

[PROPOSED] ORDER - 2

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com