The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER ABSHIRE, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>CONVERGENT OUTSOURCING INC., LVNV FUNDING LLC, AND JOHN DOES 1-25, <br><br>Defendants. | Case No.: 2:19-cv-01217-RSL <br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT <br><br>Noted on Motion Calendar: October 3, 2019 |

Having reviewed Plaintiff Amber Abshire and Defendant Convergent Outsourcing, Inc.'s (together known as the "Parties") stipulated motion to extend Defendant Convergent Outsourcing, Inc.'s deadline to respond to the Complaint and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant Convergent Outsourcing, Inc., shall have up to and including October 24, 2019 to respond to Plaintiff's Complaint.

Dated: __Oct. 4__, 2019.

_____
Honorable Robert S. Lasnik
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO INITIAL COMPLAINT - 1
CASE NO.: 2:19-CV-01217-RSL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

Presented By:

BUCHALTER
A Professional Corporation

By: */s/ Jeffrey G. Frank*
Bradley P. Thoreson, WSBA #18190
bthoreson@buchalter.com
Jeffrey G. Frank, WSBA #16287
jfrank@buchalter.com
Teva F. Sempel, WSBA #54896
tsempel@buchalter.com

1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052
*Attorneys for Defendant*
*CONVERGENT OUTSOURCING, INC.*

APPROVED AS TO FORM, NOTICE OF PRESENTATION WAIVED:

BRUBAKER LAW GROUP PLLC


By: */s/ Michael C. Brubaker per email authorization*
Michael C. Brubaker, WSBA #49804
*Attorneys for Plaintiff AMBER ABSHIRE*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT - 2
CASE NO.: 2:19-CV-01217-RSL

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052