UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMBER ABSHIRE,

        Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC., *et al.*

        Defendants.

NO. C19-1217RSL

ORDER OF DISMISSAL

    It having been reported to the Court on Thursday, October 25, 2019 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

    IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

    The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

    DATED this 25th day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER -1